# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-14-0355-MJP |
| Plaintiff, | ) ORDER GRANTING DEFENDANT'S |
| vs. | ) MOTION TO CONTINUE TRIAL |
| ALEX GARCIA SUAREZ, a/k/a VERNADINA M. CRUZ a/k/a ALEJANDRO CASTANEDA-CHAVEZ, | ) |
| Defendant. | ) |

THIS MATTER comes before the Court on Defendant ALEX GARCIA SUAREZ Motion to Continue Trial. Having considered the facts set forth in the Defendant's motion and declaration, the knowing and voluntary speedy trial waiver of Defendant, and the records and files herein, the Court makes the following findings:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that the ends of justice will be served by ordering a continuance in this case. A continuance is necessary to insure adequate time for defense investigation, effective trial preparation and an opportunity for the defendant to benefit from these efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

//
//

PROPOSED ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL--Page 1

The Court therefore GRANTS Defendant's Motion to Continue Trial Date The trial date is continued from February 23, 2015 to May 4, 2015.

DATED this 20th day of February, 2015.

_____
Marsha J. Pechman
United States District Judge

PROPOSED ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL--Page 2